FILED
2010 NOV -4 P 1: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 10 80 264 MISC

IN THE MATTER OF

Richard James Chiozza - #142575

_____/

### ORDER TO SHOW CAUSE

It appearing that Richard James Chiozza has been suspended for two years by the Supreme Court of California effective September 8, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 10, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Richard James Chiozza
Attorney At Law
189 East "H" St
Benicia, CA 94510