**FILED**

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   IN THE MATTER OF:                    No CV 10 80264 MISC VRW
10  Richard James Chiozza,
                                         ORDER
11       State Bar No 142575
12  _____/

13          On November 4, 2010, the court issued an order to show
14  cause (OSC) why Richard James Chiozza should not be removed from
15  the roll of attorneys authorized to practice law before this court,
16  based upon his two-year suspension by the Supreme Court of
17  California, effective September 8, 2010.
18          The OSC was mailed to Mr Chiozza's address of record with
19  the State Bar on November 8, 2010.  A written response was due on
20  or before December 10, 2010.  No response to the OSC has been filed
21  as of this date.
22          The court now orders Richard James Chiozza removed from
23  the roll of attorneys authorized to practice before this court.
24  The clerk is directed to close the file.
25          IT IS SO ORDERED.
26
27                                  **VAUGHN R WALKER**
                                    United States District Chief Judge
28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Case Number: CV10-80264 VRW

Richard James Chiozza

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard James Chiozza
189 East H Street
Benicia, CA 94510

Dated: December 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*